(Name) Rickey Alford ~~Morris Day~~ -Morris Day

(Address) P.O. Box 8101

(City, State, Zip) San Luis Obispo, Ca 93409

(CDC Inmate No.) AY2755

# United States District Court
## ~~Southern~~ District of ~~California~~ Massachusette

Rickey L. Alford ~~Morris Day~~
(Enter full name of plaintiff in this action.)

Plaintiff,

v.

Boston Celtic Club
Brad & Staven et al,

_____,
(Enter full name of each defendant in this action.)
see attached          Defendant(s).

Civil Case No. _____
(To be supplied by Court Clerk)

Complaint Under the
Civil Rights Act
42 U.S.C. § 1983

## A. Jurisdiction

Jurisdiction is invoked pursuant to 28 U.S.C. § 1343(a)(3) and 42 U.S.C. § 1983. If you wish to assert jurisdiction under different or additional authority, list them below.

## B. Parties

1. **Plaintiff**: This complaint alleges that the civil rights of Plaintiff, Rickey Alford (print Plaintiff's name), who presently resides at P.O. Box 8101 San Luis Obispo, Ca 93409 (mailing address or place of confinement), were violated by the actions of the below named individuals. The actions were directed against Plaintiff at California Mens California (institution/place where violation occurred) on (dates) _____ (Count 1), _____ (Count 2), and _____ (Count 3).

2. **Defendants**: (Attach same information on additional pages if you are naming more than 4 defendants.)

§ 1983 SD Form
(Rev 5/98)

::ODMA\PCDOCS\WORDPERFECT\22834\1

Defendant **Boston Celtic** (name) resides in _____ (County of residence), and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **see attached Civil Right Complaint**

Defendant **Brad Steven** (name) resides in _____ (County of residence), and is employed as a **coach of Celtic** (defendant's position/title (if any)). This defendant is sued in his/her ☑ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law: **see attached Civil Right Complaint**

Defendant _____ (name) resides in _____ (County of residence), and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

Defendant _____ (name) resides in _____ (County of residence), and is employed as a _____ (defendant's position/title (if any)). This defendant is sued in his/her ☐ individual ☐ official capacity. (Check one or both.) Explain how this defendant was acting under color of law:

§ 1983 SD Form
(Rev 5/98)

2

:ODMA\PCDOCS\WORDPERFECT\2283-4\1

**C. Causes of Action** (You may attach additional pages alleging other causes of action and the facts supporting them if necessary.)

<u>Count 1</u>: The following civil right has been violated:

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 1. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 1.]

Title 18 USC sec. 1001 Statement or entries generally

(a)(1) falsifies, conceals, or cover-up by any trick, scheme, or device a material fact;

(2) make any material false, fictitious or fraudulent statement or representation

(3) Makes or uses any false writing or document knowing the same to contain any material false, fictitious or fraudulent statement or entry, Id

The courts judges and employees have continued to cover-up, conceal, falsifies with two USDC Judges Central Dist of Calif A\Ka Sagar & Andre Birotte, Jr.

Section 1001 n.76. United States, vs. Call (1959, CA 4, NC) 265 F.2d 167 cert den (1959) 361 US 815, 4 L.Ed 2d 62, 80 S.Ct. 54.

D. False Statement, Writing or Document and Concealments; United States vs. McGauley (2002, CA 1 Mass) 279 F.3d 62, 58 Fed Rules Evid Serv. 922

<u>Count 2</u>: The following civil right has been violated: _____

(E.g., right to medical care, access to courts, due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

<u>Supporting Facts</u>: [Include all facts you consider important to Count 2. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, *by name*, did to violate the right alleged in Count 2.]

18 USC sec. 1001 C. State of mind

72. ~~Intent, knowledge and willfulness~~
Under 18 USC sec. 1001, willful means no more than that person charged with duty know what he is doing - he need not know that he is breaking the law. McBride vs. United States (1955, CA5 Tex) 255 F.2d 249, cert den (1956) 350 US 934, 100 L.Ed 816, 76 S.Ct. 306.

Interstate fraud between the Federal Courts lead by two Federal Judges, A\Ka Sagar & Andre Birotte, Jr. USDC, Central Dist of California over Rickey Alford playing for Allen Locke High School, winning two City championship in Watts, Los Angeles; received a scholarship to the University of California Los Angeles, winning NCAA tournament title 1969-1975; and Drafted by the <u>Boston Celtic Club of NBA</u>, and bought the Celtic Club $20 million out of <u>Motown Record Company</u> doing <u>Temptation</u> record, and finalized with the motion picture, <u>Car Wash</u>, soundtrack "<u>Rose Royce</u>" release 1976 sold at $14.00 selling 20 million copies, grossing $280 millions, "Car Wash" book sold 10 million copies, as — $250 Millio
Thats $250 million

<u>Count 3</u>: The following civil right has been violated: _____
(E.g., right to medical care, access to courts,

due process, free speech, freedom of religion, freedom of association, freedom from cruel and unusual punishment, etc.)

Supporting Facts: [Include all facts you consider important to Count 3. State what happened clearly and in your own words. You need not cite legal authority or argument. Be certain to describe exactly what each defendant, by name, did to violate the right alleged in Count 3.]

The White House and Congress even House of Representatives so out of control in violating every corrupt law man can explain, and now over-throw of good US of A, any means necessary. The Copyright books means nothing when claims of Copyright infringement, 17 US C sec. 506(a) // even related to motion pictures like "Car Wash" and soundtrack "Rose Royce" 1976, or the motion picture "~~~~~~~~~~" ~~~~~~~~~~~~ Record & Motion picture ~~~~~~ and ~~~~~~ ~~~~~~" album - record, tapes — see United States vs. Taxe (1978, CA 9 Cal) 540 F.2d 961, cert den (1977) 429 US 1040, 50 L.Ed2d 751, 97 S.Ct 737 reh den (1977) 429 US 1134, 51 L.Ed2d 575 97 S.Ct. 1163; United States vs Wise (1977, CA 9 Cal) 550 F.2d 1180, cert den (1977) 434 US 929, 54 L.Ed2d 290, 98 S.Ct. 416. Criminal Infringement Rickey L. Alford ~~~~~~~~~~~~~ owner of ~~~~~~ ~~~~~~~ Record & Motion picture — the biggest record-motion picture company world-wide and stocks-shares ~~~~~~~ of the Boston Celtic Club for over 50 years — what do appears and maybe to close up the NBA, when we can not find a reason for its existence.

**D. Previous Lawsuits and Administrative Relief**

1. Have you filed other lawsuits in state or federal courts dealing with the same or similar facts involved in this case? ☐ Yes ☐ No.

If your answer is "Yes", describe each suit in the space below. [If more than one, attach additional pages providing the same information as below.]

(a) Parties to the previous lawsuit:
Plaintiffs: Rickey Alford
Defendants: Boston Celtic Club of NBA

(b) Name of the court and docket number: United States District Court District of Massachusetts/Case No. 1:18cv11203

(c) Disposition: [For example, was the case dismissed, appealed, or still pending?] dismissed see 28 USC sec. 1746, perjury 18 USC sec. 1621.

(d) Issues raised: Getting film footage of Celtic Club games mainly 1976 Eastern Conference game of Celtic knocking off the 76er, where Alford played in that seven game series.

(e) Approximate date case was filed: Aug 13, 2018
(f) Approximate date of disposition: Aug 13, 2018

2. Have you previously sought and exhausted all forms of informal or formal relief from the proper administrative officials regarding the acts alleged in Part C above? [E.g., CDC Inmate/Parolee Appeal Form 602, etc.]? ☐ Yes ☐ No.

If your answer is "Yes", briefly describe how relief was sought and the results. If your answer is "No", briefly explain why administrative relief was not sought.

Pending a dismissal by the Neo-Nazi Ku Klut Klan Circuit Court Judges, USCt of App First Circuit, No. 18-1886 see perjury 18 USC sec. 1621, any responce by KKK Judges State & Federal are in Treason, Art. III, sec. 3 cl. 1-2; 18 USC sec. 2381, where all rulings by all Federal Courts are insurrection and rebellion 14th Amendment sec. 3-4, 18 USC sec. 2383.

See, Rickey Alford ~~~~~~~~~~~~~ vs. Library of Congress; United States Copyright Office Case No. 1:18cv-01668, USDC District of Columbia

E. **Request for Relief**

Plaintiff requests that this Court grant the following relief:

1. An injunction preventing defendant(s): All Federal Judges as Neo-Nazi Ku Klux Klan are in a Civil War in Treason, Art. III, sec. 3, cl. 1-2, to all Blacks but as well to all USA corporations, no matter what nationality, race, creed or color

2. Damages in the sum of $ 500,000

3. Punitive damages in the sum of $ $2,000,000.

4. Other: Compromise settlement, ticket to Philadelphia, Pennsylvania, Driver licenses, $5,000 on a credit card, $5,000 cash, and $40,000 start-up cost for an auto-repair shop and the 700 BMW Class 2018 Plane

F. **Demand for Jury Trial**

Plaintiff demands a trial by ☐ Jury ☐ Court. (Choose one.)

G. **Consent to Magistrate Judge Jurisdiction**

In order to insure the just, speedy and inexpensive determination of Section 1983 Prisoner cases filed in this district, the Court has adopted a case assignment involving direct assignment of these cases to magistrate judges to conduct all proceedings including jury or bench trial and the entry of final judgment on consent of all the parties under 28 U.S.C. § 636(c), thus waiving the right to proceed before a district judge. The parties are free to withhold consent without adverse substantive consequences.

The Court encourages parties to utilize this efficient and expeditious program for case resolution due to the trial judge quality of the magistrate judges and to maximize access to the court system in a district where the criminal case loads severely limits the availability of the district judges for trial of civil cases. Consent to a magistrate judge will likely result in an earlier trial date. If you request that a district judge be designated to decide dispositive motions and try your case, a magistrate judge will nevertheless hear and decide all non-dispositive motions and will hear and issue a recommendation to the district judge as to all dispositive motions.

You may consent to have a magistrate judge conduct any and all further proceedings in this case, including trial, and the entry of final judgment by indicating your consent below.

Choose only one of the following:

☐ Plaintiff consents to magistrate judge jurisdiction as set forth above.

OR

☐ Plaintiff requests that a district judge be designated to decide dispositive matters and trial in this case.

I declare under the penalty of perjury that the foregoing is true and correct.

Nov 9, 2018
Date

Rickey Alford
Signature of Plaintiff

PLAINTIFF/PETITIONER/MOVANT'S NAME Rickey Alford

PRISON NUMBER AY2755

PLACE OF CONFINEMENT California Men's Colony

ADDRESS P.O. Box 8101
~~San Luis Obispo, Ca 93409~~

# United States District Court
## Southern District Of California

Rickey Alford

Plaintiff/Petitioner/Movant

v.

Boston Celtic

Defendant/Respondent

Civil No. _____
(TO BE FILLED IN BY U.S. DISTRICT COURT CLERK)

MOTION AND DECLARATION UNDER PENALTY OF PERJURY IN SUPPORT OF MOTION TO PROCEED IN FORMA PAUPERIS

I,
declare that I am the Plaintiff/Petitioner/Movant in this case. In support of my request to proceed without prepayment of fees or security under 28 U.S.C. § 1915, I further declare I am unable to pay the fees of this proceeding or give security because of my poverty, and that I believe I am entitled to redress.

**In further support of this application, I answer the following question under penalty of perjury:**
1. Are you currently incarcerated? ☐ Yes ☐ No     (If "No" go to question 2)
   If "Yes," state the place of your incarceration
   Are you employed at the institution?         ☐ Yes ☒ No
   Do you receive any payment from the institution? ☐ Yes ☒ No
   [Have the institution fill out the Certificate portion of this affidavit and attach a certified copy of the trust account statement from the institution of your incarceration showing at least the last six months transactions.]

CIV-67 (Rev. 9/97)                                           ::ODMA\PCDOCS\WORDPERFECT\22835\1

2. Are you currently employed? ☐ Yes ☐ No
   a. If the answer is "Yes," state the amount of your take-home salary or wages and pay period and give the name and address of your employer.

   _____ No _____

   _____

   _____

   b. If the answer is "No" state the date of your last employment, the amount of your take-home salary or wages and pay period and the name and address of your last employer.

   _____ No _____

   _____

   _____

3. In the past twelve months have you received any money from any of the following sources?:
   a. Business, profession or other self-employment       ☐ Yes ☑ No
   b. Rent payments, royalties interest or dividends      ☐ Yes ☑ No
   c. Pensions, annuities or life insurance               ☐ Yes ☑ No
   d. Disability or workers compensation                  ☐ Yes ☑ No
   e. Social Security, disability or other welfare        ☐ Yes ☑ No
   e. Gifts or inheritances                               ☐ Yes ☑ No
   f. Spousal or child support                            ☐ Yes ☑ No
   g. Any other sources                                   ☐ Yes ☑ No

   If the answer to any of the above is "Yes" describe each source and state the amount received and what you expect you will continue to receive each month.

   _____

   _____

4. Do you have any checking account(s)? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s): _____ N/A _____
   b. Present balance in account(s): _____

5. Do you have any savings/IRA/money market/CDS' separate from checking accounts? ☐ Yes ☑ No
   a. Name(s) and address(es) of bank(s):
   b. Present balance in account(s):

6. Do you own an automobile or other motor vehicle? ☐ Yes ☑ No
   a. Make:              Year:              Model:
   b. Is it financed? ☐ Yes ☑ No
   c. If so, what is the amount owed?  N/A

7. Do you own any real estate, stocks, bonds, securities, other financial instruments, or other valuable property?
   ☐ Yes ☒ No
   If "Yes" describe the property and state its value. _None_

8. List the persons who are dependent on you for support, state your relationship to each person and indicate how much you contribute to their support.

   _None_

9. List any other debts (current obligations, indicating amounts owed and to whom they are payable):

   _None_

10. List any other assets or items of value (specify real estate, gifts, trusts inheritances, government bonds, stocks, savings certificates, notes, jewelry, artwork, or any other assets [include any items of value held in someone else's name]):

    _None_

11. If you answered all of the items in #3 "No," and have not indicated any other assets or sources of income anywhere on this form, you <u>must</u> explain the sources of funds for your day-to-day expenses.

    _None_

I declare under penalty of perjury that the above information is true and correct and understand that a false statement herein may result in the dismissal of my claims.

_Nov 13, 2018_              _Rickey Alford_
DATE                         SIGNATURE OF APPLICANT

CIV-67 (Rev. 9/97)                    -3-                    ::ODMA\PCDOCS\WORDPERFECT\22835\1

If you are a **prisoner** you <u>must</u> have an officer from your institution provide this official certificate as to the amount of money in your prison account. <u>There are no exceptions to this requirement</u>.

### PRISON CERTIFICATE
(Incarcerated applicants only)
(To be completed by the institution of incarceration)

I certify that the applicant _____,
(NAME OF INMATE)

_____,
(INMATE'S CDC NUMBER)

has the sum of $_____ on account to his/her credit at _____

_____.
(NAME OF INSTITUTION)

I further certify that the applicant has the following securities _____

to his/her credit according to the records of the aforementioned institution. I further certify that **during the past six months** the applicant's *average monthly balance* was $_____,

and the *average monthly deposits* to the applicant's account was $_____.

<u>ALL PRISONERS **MUST** ATTACH A CERTIFIED COPY OF THEIR TRUST ACCOUNT STATEMENT SHOWING TRANSACTIONS FOR THE SIX-MONTH PERIOD IMMEDIATELY PRECEDING THE FILING OF THE COMPLAINT PER 28 U.S.C. § 1915(a)(2).</u>

_____     _____
DATE                                SIGNATURE OF AUTHORIZED OFFICER OF INSTITUTION

                                    _____
                                    OFFICER'S FULL NAME (PRINTED)

                                    _____
                                    OFFICER'S TITLE/RANK

CIV-67 (Rev. 9/97)                -4-                ::ODMA\PCDOCS\WORDPERFECT\22835\1

## TRUST ACCOUNT WITHDRAWAL AUTHORIZATION
(Incarcerated applicants only)

(This form **MUST** be completed by the <u>prisoner</u> requesting to proceed <u>in forma pauperis</u>. An incomplete "Trust Account Withdrawal Authorization Form," or "Prison Certificate" will result in automatic denial of the prisoner's request to proceed in forma pauperis.)

I, __Rickey Alford__, request and authorize the agency holding me in
(Name of Prisoner/CDC No.)
custody to prepare for the Clerk of the United States District Court for the Southern District of California, a certified copy of the statement for the past six months of my trust fund account (or institutional equivalent) activity at the institution where I am incarcerated.

I further request and authorize the agency holding me in custody to calculate and disburse funds from my trust fund account (or institutional equivalent) pursuant to any future orders issued by the Court relating to this civil action pursuant to the Prison Litigation Reform Act of 1995, Pub. L. No. 104-134, Title VIII, §§ 801-10, 110 Stat. 1321 (1996).

This authorization is furnished in connection with a civil action filed in the Southern District of California, and I understand that, pursuant to 28 U.S.C. §§ 1914 and 1915(b)(1), the total amount of filing fees for which I am obligated is either • $350 (civil complaint) or • $5 (habeas corpus petition) (check one). I also understand that this fee will be debited from my account regardless of the outcome of this action. This authorization shall apply to any other agency into whose custody I may be transferred.

Nov 13, 2018
DATE

_Rickey Alford_
SIGNATURE OF PRISONER